

Dove A.E. Burns
Direct Dial: 917.994.2550
dove.burns@obermayer.com
www.obermayer.com

521 Fifth Avenue
34th Floor
New York, NY 10175

**Memo Endorsed**

**Application Denied.** Expert disclosures are to be completed by December 31, 2019. Parties have not identified a date by which expert reports will be produced, and this schedule is overly protracted. By November 15, 2019, parties are directed to submit a revised schedule with an expert discovery completion date of **March 31, 2020**.

**SO ORDERED.**

_____
Ona T. Wang                11/12/19
U.S. Magistrate Judge

November 6, 2019

*FILED ELECTRONCIALLY VIA ECF*

Magistrate Judge Ona T. Wang
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: Faye Melendez v. Hanover Ventures Marketplace LLC, et al
Docket No.: 1:18-cv-04897-PGG

Dear Magistrate Judge Wang:

The undersigned represent the parties in the above-captioned matter. We write to provide a proposed schedule for expert discovery, in accordance with Your Honor's October 31st Order. (Doc. 65.)

The parties propose the following deadlines:

- 1/13/20 – Plaintiff to disclose all expert witnesses, including any treating medical providers
- 2/13/20 – Depositions of plaintiff's expert witnesses/treaters
- 3/31/20 – Defendants to disclose all expert witnesses and to conduct any independent medical exams
- 4/30/20 – Depositions of defendants' expert witnesses

Respectfully Submitted,

_____*/s/ Daniel Altaras*_____
Daniel Altaras

_____*/s/ Dove A.E. Burns*_____
Dove A.E. Burns

Cc: Daniel Altaras, Esq.