UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FAYE MELENDEZ,

                    Plaintiff,

          v.

HANOVER VENTURES MARKETPLACE
LLC et al.,

                    Defendants.

**ORDER**

18 Civ. 4897 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference scheduled for December 5, 2019 is adjourned to **February 6, 2020 at 10:00 a.m.**

It is further ORDERED that the parties' request to extend the deadline for pre-motion letters is granted. Any party seeking to file a dispositive motion will file a pre-motion letter, in accordance with Rule IV.A of this Court's Individual Rules of Practice in Civil Cases, by **December 31, 2019**. Response letters are due **January 9, 2020**.

The Clerk of Court is directed to terminate the letter motion requesting the extension (Dkt. No. 67).

Dated: New York, New York
       November 20, 2019

                                        SO ORDERED.

                                        Paul G. Gardephe
                                        United States District Judge