

Dove A.E. Burns
Direct Dial: 917.994.2550
dove.burns@obermayer.com
www.obermayer.com

521 Fifth Avenue
34th Floor
New York, NY 10175

January 29, 2020

**Memo Endorsed**

*FILED ELECTRONCIALLY VIA ECF*

Magistrate Judge Ona T. Wang
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: Faye Melendez v. Hanover Ventures Marketplace LLC, et al
Docket No.: 1:18-cv-04897-PGG

Dear Magistrate Judge Wang:

The undersigned represents Defendants in the above-captioned matter. I write this letter jointly with Plaintiff's counsel to respectfully request an adjournment of the post-discovery conference currently scheduled for January 30, 2020 at 3:00PM. *See* ECF No. 74. The Parties make this request based on the fact that the Parties have reached a resolution in this matter and are currently in the process of executing the documents memorializing the agreement. It is the expectation of the Parties that all relevant documents will be executed within the next 30 days and that a stipulation of dismissal can be filed with the Court soon thereafter. This is the Parties' second request for an adjournment of the post-discovery conference. The Court previously granted the Parties' first adjournment request. *See* ECF No. 74. Plaintiff consents to this request for adjournment. We thank the Court for its time and consideration.

Very truly yours,

*Dove Burns*

Dove A.E. Burns

**Application Granted.**

**SO ORDERED.**

_____
Ona T. Wang          1/29/2020
U.S. Magistrate Judge